AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.                                                **CRIMINAL COMPLAINT**

**FRANCIS PEREZ**
**DOB: xx/xx/77**

**RAMONA BAEZ**                                   CASE NUMBER:
**DOB: xx/xx/64**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __SEPTEMBER 16, 2006__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant(s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.**

in violation of Title __21__ United States Code, Section(s) __841(b)(1)(a)__.

I further state that I am __DETECTIVE ALLEE RAMADHAN, JR__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:    ☒ Yes   ☐ No

_____
Signature of Complainant
**DETECTIVE ALLEE RAMADHAN, JR**
**METROPOLITAN POLICE DEPARTMENT**

Sworn to before me and subscribed in my presence,

_____     at    __Washington, D.C.__
Date                                                City and State

_____          _____
Name & Title of Judicial Officer                   Signature of Judicial Officer